3
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**ROBERT MANUEL MACHADO and**<br><br>**SALLY JEAN MACHADO,**<br><br>Debtors. | Case No. 10-36063-C-7<br>DCN: SMD - 1<br><br>DATE: October 12, 2010<br>TIME: 9:30 A.M.<br>DEPT: C<br>COURTROOM: 35 (6th Floor) |

### TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE

TO: THE HONORABLE CHRISTOPHER M. KLEIN, JUDGE, U. S. BANKRUPTCY COURT; THE OFFICE OF THE U. S. TRUSTEE; THE ABOVE-CAPTIONED DEBTORS; AND, THE DEBTORS' ATTORNEY.

The undersigned, Susan M. Didriksen, the court appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Bankruptcy estate of Robert Manuel Machado and Sally Jean Machado, (the "Debtors"), hereby requests that this Court approve the sale of the Bankruptcy's Estate's interest in a 2001 Itasca Spirit Motor home in "as is" condition, to Debtors, for a total of $20,000 cash. In support of this motion, the undersigned Trustee respectfully represents the following:

1.  The Debtors filed a voluntary Chapter 7 Bankruptcy Petition on or about June 18, 2010, and an Order for Relief was entered thereon.

2.  Susan M. Didriksen was appointed as the Interim Chapter 7 Trustee on or about June 18, 2010, and continues to serve in that capacity.

3.  The Court has jurisdiction over the current motion under 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding under 28 U.S.C. section 157(b)(2)(A), (N) and (O).

Page 1

4. The Debtors filed Schedule B on or about June 18, 2010, and disclosed personal property described as follows:

"2001 Itasca Spirit Motorhome: 12,000 miles, good condition"

(hereinafter referred to as the "Motor Home"), having a disclosed market value of $17,000. Upon further investigation, the market value of the Motor Home was determined to be $20,000.

5. The Debtor's Amended Schedule "C" filed on or about September 8, 2010, claimed a C.C.P. §703.140(b)(5) monetary exemption pertaining to the Motor Home in the amount of $17,875.

6. The Debtor's Schedule D filed on or about June 18, 2010, disclosed no indebtedness nor obligations secured by the Motor Home.

7. The Debtors, through their attorney, Mr. Gregory Flahive, have presented an offer in the amount of $20,000 to purchase the aforementioned Motor Home in an "as-is" condition from the Bankruptcy Estate as follows:

```
         $20,000   Debtors' Offer to Purchase the Subject Personal Property
Less:     17,875   Credit for Debtors' §703.140(b)(5) remaining exemption
         $ 2,125   Net Purchase Amount to be tendered by the Debtors
```

8. The payment will be made in six monthly installments of $354.16 due the first of each month in the form of Cashier's Check to the undersigned Trustee for the purchase of the Motor Home.

9. The undersigned Trustee believes that the immediate liquidation of the Subject Personal Property is in the best interest of the Bankruptcy Estate. This proposed sale would also alleviate the typical costs incurred with the sale of vehicles (i.e. smog check and smog certificate, auctioneer's commission, repairs, etc.) and any sales commission attendant to a sale. Therefore, the trustee requests the approval from this Court to sell the aforementioned Motor Home to the Debtors for the amount of $20,000, less credit in the amounts of $17,875 representing the Debtors' claimed remaining C.C.P. §703.140(b)(5) exemption, subject to any overbids tendered at the Court hearing.

10. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $200.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, the undersigned Trustee respectfully requests that this Court: A.) Approve the sale of the aforementioned Motor Home to the Debtors in the manner stated herein, B.) Provide authority for the Trustee to execute all documents necessary to complete the contemplated sale; C.) Provide authority for the Trustee to either pay or credit the exempted amount of $17,875 directly to the Debtors from the sale of proceeds of the subject Motor Home if sold to a third party; and, D.) Provide for such other relief as the Court deems appropriate.

Respectfully submitted,

Dated:   September 13, 2010          /s/ Susan M. Didriksen
                                     Susan M. Didriksen, Chapter 7 Trustee